**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ronald WENDELL DOBY,**
**Defendant–Appellant.**

No. 10–6384.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 24, 2010.

Decided: June 30, 2010.

Ronald Wendell Doby, Appellant Pro Se. Roderick Charles Young, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before DUNCAN, AGEE, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Wendell Doby appeals the district court's order denying Doby's 18 U.S.C. § 3582(c) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Doby,* No. 3:08–cr–00029–HEH–1 (E.D.Va. Feb. 26, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*